1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANDRE B. YOUNG, | |
|---|---|
| Plaintiff, | Case No.  C07-5717RBL |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| PAUL SPIZMAN *et al*., | |
| Defendants. | |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, [Dkt. #11], and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is duplicative of a 2005 case where this court dismissed the action for failure to state a claim because the action called into question the plaintiff's current confinement. See, Young v. Spizman, 05-CV-5652RBL.

(3) This action is dismissed for the same reasons as Young v. Spizman, 05-CV-5652RBL.  In addition the action is dismissed as *Res Judicata.*

ORDER
Page - 1

    (4)    This action is **DISMISSED WITHOUT PREJUDICE**

The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley.

DATED this 7th day of March, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2