# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANDRE B. YOUNG

    v.

PAUL SPIZMAN, *et al.,*

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5717RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

This action is duplicative of a 2005 case where this court dismissed the action for failure to state a claim because the action called into question the plaintiff's current confinement. See Young vs. Spizman, 05-CV-5652RBL.

This action is dismissed for the same reasons as Young vs. Spizman, 05-CV-5652RBL. In addition the action is dismissed as *Res Judicata*.

This action is **DISMISSED WITHOUT PREJUDICE**.

| | |
|---|---|
|    March 11, 2008    |    BRUCE RIFKIN    |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez*    |
| | Deputy Clerk |